IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD DURR, (M38216), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13 C 4816 |
| | ) | |
| COOK COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On the Court's own motion, plaintiff's deadline to pay the filing fee or provide a proper IFP application is reset to October 4, 2013. Plaintiff is warned that failure to pay the fee or bring a proper IFP application will result in dismissal of this action. The Clerk is instructed to alter the docket to reflect that plaintiff is located at Big Muddy River Correctional Center. Plaintiff is reminded that he must keep a current address with the Court at all times. The Clerk is instructed to provide plaintiff a blank IFP application.

## STATEMENT

Pro se plaintiff Reginald Durr has brought a civil rights suit pursuant to 42 U.S.C. § 1983 challenging his treatment at the Cook County Jail. He did not pay the filing fee or submit an *in forma pauperis* application with his original complaint. The Court's July 9, 2013 order instructed plaintiff that he had to pay the filing fee or bring an IFP application to proceed with his suit. Plaintiff was given thirty days to comply.

Plaintiff brought suit while detained at the Cook County Jail. On July 16, 2013, plaintiff wrote to the Court stating that he was going to be relocated to the Stateville Correctional Center. (Dkt. No. 7). The Clerk's office remailed the Court's July 9, 2013 order to plaintiff at Stateville on July 23, 2013. (Dkt. No. 8).

A review of the Illinois Department of Corrections (IDOC) inmate locator website shows that plaintiff is now at Big Muddy Correctional Center, and this is plaintiff's parent facility where he is scheduled to serve his sentence. IDOC inmates traditionally have a short stay at the Northern Reception and Classification Center (NRC) at the Stateville Correctional Center when they enter the IDOC before being sent to their parent institutions.

Due to plaintiff's relocation, plaintiff's deadline to pay the filing fee or provide a proper IFP application is reset to October 4, 2013. Plaintiff is warned that failure to pay the fee or bring a proper IFP application will result in dismissal of this action. The Clerk is instructed to alter the docket to reflect that plaintiff is located at Big Muddy River Correctional Center. Plaintiff is reminded that he must keep a current address with the Court at all times. The Clerk is instructed to provide plaintiff a blank IFP application.

ENTERED:

Dated: 8/30/13

JOHN J. THARP, JR.
United States District Court Judge